(*Pratt* v. *Short*, 79 N. Y. 437, 445; *Knowlton* v. *Congress & Empire Spring Co.*, 57 N. Y. 518; *Oscanyan* v. *Arms Co.*, 103 U. S. 261; *Tench* v. *Lawson*, 225 App. Div. 198; *DiTomasso* v. *Loverro*, 250 App. Div. 206, affd. 276 N. Y. 551.) There is no authority for the holding that urgency of motive provides an excuse for entering into an illegal engagement. [185 Misc. 837.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANSBACHER SIEGLE CORPORATION, Appellant.— Judgment of the County Court, Kings County, convicting defendant of the crimes of maintaining a public nuisance and of violating section 181 of the Sanitary Code of the City of New York, unanimously affirmed. No opinion. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDITH KAYE, Appellant.— Upon appeal to this court from a judgment of the County Court of Kings County, convicting defendant of the crime of grand.larceny in the first degree, the judgment was reversed on the law and a new trial ordered. (268 App. Div. 689.) Upon appeal to the Court of Appeals, this court's order was reversed (295 N. Y. 9) and the case remitted to this court for disposition of the facts in accordance with section 543-a of the Code of Criminal Procedure. The judgment of the County Court of Kings County, convicting defendant of the crime of grand larceny in the first degree is unanimously affirmed. The findings of fact implicit in the verdict of the jury are affirmed. Present.— Carswell, Acting P. J., Johnston, Adel and Lewis, JJ.; Aldrich, J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY ROSEN, Appellant.— Judgment of the County Court, Kings County, convicting defendant of the crime of conspiracy, relating to a college basketball game in which the players of the Brooklyn College team were deliberately to lose the game by a number of points, the number to be agreed upon, and imposing sentence thereon; and orders overruling a demurrer and denying a motion to inspect the grand jury minutes, unanimously affirmed. No opinion. Order of the Special Term denying defendant's motion to remove the trial of the action from the County Court, Kings County, to the Supreme Court, unanimously affirmed. No opinion. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DALE STEELE, Appellant.— Judgment of the County Court of Kings County, convicting defendant of the crime of.rape in the first degree and sentencing him to State prison for a term of not less than ten nor more than twenty years, unanimously affirmed. No opinion. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARVEY STEMMER, Appellant.— Judgment of the County Court, Kings County, convicting defendant of the crime of conspiracy, relating to a college basketball game in which the players of the Brooklyn College team were deliberately to lose the game by a number of points, the number to be agreed upon, and imposing sentence thereon; and orders overruling a demurrer and denying a motion to inspect the grand jury minutes, unanimously affirmed. No opinion. Order of the Special Term denying defendant's motion to remove the trial of the action from the County Court, Kings County, to the Supreme Court, unanimously affirmed. No opinion. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. REALTY ASSOCIATES, INC., Appellant, against WILLIAM S. MILLER et al., Constituting the Board of Taxes